By virtue of art. 107 § 4 of the Act of June 14, 1960 - Code of Administrative Procedure (Journal of Laws of 2000 no. 98, it. 1071 as amended) I desist from justifying the decision, since the demand of the 6th Department for Matters Economic Crime of the District Prosecutor's Office in Opole specified in the letter received on June 08, 2012 of reference: V Ds. 10/05 zaw. has been met in full.

*Official round seal with the state emblem of the Republic of Poland in the center and the following inscription on the rim:* "MINISTER OF JUSTICE, 4".

*Official round seal with the state emblem of the Republic of Poland in the center and the following inscription on the rim:* "OPOLE VOIVODE, 1".

*Oblong stamp:*
by authorization of the OPOLE VOIVODE
/-/ illegible signature
...illegible

*Official round seal with the state emblem of the Republic of Poland in the center and the following inscription on the rim:* "DISTRICT PROSECUTOR'S OFFICE IN OPOLE, 2".

| *Oblong stamp:* | *Oblong stamp:* |
|---|---|
| For conformity | REFERENDARY |
| 11-07-2013 | /-/ illegible signature |
| Opole, date | Urszula Skowronek |

*Repertory No. 1005/2013*
*I, the undersigned, Ryszard Pruszkowski, sworn translator of the English language entered on the list of sworn translators of the Minister of Justice hereby certify that the above text is a true and complete translation of the original Polish document.*
*Warsaw, August 05, 2013*

